162 F.3d 1151
 Stuart Rhodes, Ingrid Rhodes, t/a Rhodestar Realty Company,
Omni Distribution Systems, Inc., Corporation of
State of New Jersey
v.
Township of Saddle Brook, a Municipal Corporation of State
of New Jersey, Members of Town Council of Saddle Brook,
Raymond Santa Lucia, John Sistaro, Robert Kugler, Robert
White, John Rendzia, Charles Cerone, Joseph Carroll, Jane
Doe, John Doe
 NO. 97-5691
 United States Court of Appeals,
Third Circuit.
 June 26, 1998
 
 Appeal From: D.N.J. ,No.9700068 ,
 Wolin, J.
 
 
 1
 Affirmed.